```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 24432
    ROBERT LANE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-3529


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/30/2004 and was confirmed 08/25/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.18%.

    The case was paid in full 04/21/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED           6100.00      698.01       6100.00
HSBC AUTO FINANCE          UNSECURED OTH     6784.11         .00       1165.39
WELLS FARGO HOME MORTGAG   CURRENT MORTG         .00         .00           .00
ARNOLD SCOTT HARRIS        NOTICE ONLY     NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED OTH      270.00         .00         46.41
CROSS COUNTRY BANK         UNSECURED      NOT FILED         .00           .00
MICHAEL REESE MEDICINE A   UNSECURED      NOT FILED         .00           .00
PATHOLOGY ASSOC OF CHICA   UNSECURED      NOT FILED         .00           .00
PROVIDIAN                  UNSECURED      NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED OTH     1327.11         .00        227.97
PORTFOLIO RECOVERY ASSOC   UNSECURED         313.00         .00         53.76
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE      454.84         .00        454.84
VERIZON WIRELESS           UNSECURED OTH     2298.99         .00        394.92
WELLS FARGO HOME MORTGAG   COST OF COLLE         .00         .00           .00
LEGAL HELPERS PC           DEBTOR ATTY      2,300.00                  2,300.00
TOM VAUGHN                 TRUSTEE                                      658.78
DEBTOR REFUND              REFUND                                       135.76

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 12,235.84

PRIORITY                                                 .00
SECURED                                             6,554.84
    INTEREST                                          698.01
UNSECURED                                           1,888.45
ADMINISTRATIVE                                      2,300.00
TRUSTEE COMPENSATION                                  658.78
DEBTOR REFUND                                         135.76
                                              ---------------
                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 24432 ROBERT LANE
```

```
TOTALS                                  12,235.84          12,235.84
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 07/29/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```